IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>VIRUSE-CORONER LABLING, et al.,<br><br>Defendants. | 8:20CV450<br><br><br>**MEMORANDUM ORDER** |

On November 16, 2020, the court ordered Plaintiff to sign his Complaint (filing 1) and Application to Proceed In Forma Pauperis (filing 2) within 30 days or face dismissal of this action. To date, Plaintiff has not corrected these technical defects or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 17th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge